KALAB A. HONEY (State Bar No. 249645)
The Law Offices of Kalab A. Honey
A Professional Law Corporation
260 Newport Center Dr., Suite 424
Newport Beach, CA 92660
T: (949) 999-3340
F: (949) 999-3344
Email: khoney@honeylegal.com

Attorneys for Plaintiffs Philip Bennett and Julie Bennett

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

| | |
|---|---|
| In re WILLIAM P. WILCOX and TU S. WILCOX, Debtors. | Case No.: 8:09-bk-11247-ES<br>Adv. No.: 8:11-ap-01166-ES<br>Chapter 7 |
| JULIE BENNETT, an individual; PHILIP BENNETT, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>WILLIAM P. WILCOX and TU S. WILCOX,<br><br>Defendants. | [PROPOSED] ORDER ON MOTION FOR DEFAULT JUDGMENT |

///
///
///
///
///
///
///

1

[PROPOSED] ORDER

This action came on for hearing before the Court upon Plaintiffs' Motion for Default Judgment Against Defendant William Wilcox.

Upon due consideration, it is ORDERED AND ADJUDGED:

1. Plaintiffs shall recover from defendant William Wilcox the sum $227,679.50, with interest thereon at the rate provided by law.

Dated: 8/6/13            Hon. _____

Judge, United States District Court

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER ON MOTION FOR DEFAULT JUDGMENT was** entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of June 24, 2013, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below:

- Gregory L Bosse    greg@lawbosse.com, lynn@lawbosse.com;amanda@lawbosse.com
- Benjamin K Griffin    bgriffin@pnbd.com
- Kalab Honey    khoney@honeylegal.com, kalabhoneyesq@gmail.com
- Weneta M Kosmala (TR)    Weneta.Kosmala@7trustee.net, ca15@ecfcbis.com;wkosmala@kosmalalaw.com;dfitzger@kosmalalaw.com;kgeorge@kosmalalaw.com
- Thomas J Prenovost    tprenovost@pnbd.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page